CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendants,
ORCHARD SUPPLY COMPANY, LLC, *erroneously sued and served as*
ORCHARD SUPPLY COMPANY, LLC dba ORCHARD SUPPLY HARDWARE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DANIEL HEROLD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORCHARD SUPPLY COMPANY, LLC dba ORCHARD SUPPLY HARDWARE; and DOES 1 to 20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 8:17-cv-2259 JVS (Ex)<br><br>(Orange County Superior Court Case No. 17CV-0027)<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND TO REMAND** |

///
///
///
///
///
///
///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# ORDER

The Court has read and considered the Joint Stipulation to Limit Plaintiff's Damages and to Remand, and finds the following:

Pursuant to discussions between the parties, in relation to meet and confer attempts, Plaintiff and Defendant agreed that Plaintiff will voluntarily limit the amount in controversy, and thereby his potential recovery, to $75,000.00, and that the case shall be remanded to state court.

Based upon the foregoing, the parties reached mutual agreements and stipulations, which are hereby approved by the Court, as follows:

1. Federal Case No. 8:17-cv-2259 JVS (Ex) shall be remanded to the Superior Court of California, County of Orange;
2. Orange County Superior Court Case No. 17CV-0027 shall be reinstated, with trial and all other dates to be set by the state court;
3. By executing this stipulation, through his attorney, Plaintiff shall limit the amount in controversy, and thereby his potential recovery from this suit, to $75,000.00;
4. The Parties further respectfully request that the Court vacate the May 14, 2018 Scheduling Conference, and all other such Orders of this Court made in its January 18, 2018 Order Setting Rule 26(f) Scheduling Conference.

///
///
///
///
///
///
///
///
///

For the foregoing reasons, and all the reasons described in the Parties' Joint Stipulation to Limit Plaintiff's Damages and to Remand, and for good cause shown, IT IS HEREBY ORDERED that this action be remanded to the Superior Court of California, County of Orange. The May 14, 2018 Scheduling Conference and all other Orders of this Court made in its Order dated January 18, 2018 are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND TO REMAND**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Bruce Elliott Rasner, Esq.<br>RASNER & RASNER<br>18881 Von Karman Avenue, Suite 920<br>Irvine, CA 92612<br>(949) 250-0555; (949) 250-9055 – Fax | Attorneys for Plaintiff,<br>DANIEL HEROLD |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. **X** **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) **X** placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

c. \_\_\_ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. \_\_\_ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. \_\_\_ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. \_\_\_ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date): see below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

### **DECLARATION OF MESSENGER**

\_\_\_ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 5 -
ORDER GRANTING THE PARTIES' JOINT STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND TO REMAND

Herold v. Orchard; Case No.: 8:17-cv-2259 JVS (Ex)

I:\29000-000\29080\Pleadings\Federal\Stipulation to Limit Damages and Remand - Proposed Order.docx